FANNIE FESSLER, respondent,

*v.*

TOWN OF UNION, appellant.

[Submitted December 5th, 1904. Decided March 6th, 1905.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *67 N. J. Eq. 14.*

*Mr. Horace L. Allen,* for the appellant.

*Messrs. Crouse & Perkins,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Pitney, rendered in the court of chancery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, VREDENBURGH, VOORHEES, VROOM, GREEN, GRAY—11.

*For reversal*—DIXON, BOGERT—2.